IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNARD E. JOHNSON, JR., as Parent )
of, ELVIRA LOWMAN, as Guardian of, )
and B.E.J. III, a minor, )
)
Plaintiff )
)
vs. ) Civil Action
) File 4:18-cv-00216-LGW-JEG
)
LIBERTY COUNTY, Georgia, LIBERTY )
COUNTY SHERIFF'S DEPARTMENT, )
LIBERTY COUNTY SCHOOL )
DISTRICT and BOARD OF )
EDUCATITON, SHERIFF STEVE C. )
SIKES, DEPUTY M. GARY )
RICHARDSON, JANELLE CHARLERY )
(teacher), WARNELLA WILDER )
(administrator), and GLENN WILSON )
(administrator), )
)
Defendants. )

## ORDER

Defendants Liberty County, Liberty County Sheriff's Department, Sheriff Steve C. Sikes, and Deputy M. Gary Richardson (the "Liberty County defendants") have moved this Court to stay all discovery in this case pending the resolution of their motion to dismiss (Doc. 8). It appearing that no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, IT IS HEREBY ORDERED that the Motion to Stay Discovery is GRANTED.

All discovery in this case, including disclosures and planning conferences pursuant to Federal Rule of Civil Procedure 26 and L.R. 26.1, shall be stayed pending the final resolution of the Liberty County defendants' pending Rule 12 motion.

SO ORDERED this 7th day of December, 2018.

_____
Hon. James E. Graham
Magistrate Judge, United States District Court