FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 10:29 am, Sep 29, 2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BERNARD E. JOHNSON, JR., as Parent of, ELVIRA LOWMAN, as Guardian of, and B.E.J. III, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF STEVE C. SIKES, et al.,, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 4:18-cv-216-LGW-CLR |

## ORDER

The Motion to Dismiss all claims against Defendant Janelle Charlery is **GRANTED.**

All claims against Defendant Janelle Charlery, in both her individual and official capacities, are hereby DISMISSED without prejudice.

**SO ORDERED** this 29th day of September, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA