IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BERNARD E. JOHNSON, III ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| vs. ) | File 4:18-cv-00216-LGW-GRS |
| ) | |
| DEPUTY M. GARY RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF MEDIATION AND SETTLEMENT**

COME NOW the plaintiff and defendant and, pursuant to the Court's March 31, 2021 Order (Doc. 89), notify the Court of the following:

On May 27, 2021, the parties attended a mediation of this matter. The mediation was successful and resolved all pending claims. The parties are finalizing a release and indemnification agreement and will soon file a stipulation of dismissal.

Submitted this 28th day of May, 2021.

*/s/ Wesley C. Jackson*
Sun S. Choy
Georgia Bar No. 025148
Wesley C. Jackson
Georgia Bar No. 336891
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
 Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: schoy@fmglaw.com
   wjackson@fmglaw.com

*Counsel for Deputy M. Gary Richardson*

*/s/ Tyler Lee Randolph*
Tyler Lee Randolph
Georgia Bar No. 594353
P.O. Box 1419
Richmond Hill, GA 31324
T: (912) 759-6001
F: (866) 518-0489
E: Tyler@GeorgiaLaw.biz

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF MEDIATION** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Tyler Lee Randolph
TYLER LEE RANDOLPH, P.C.
P.O. Box 1419
Richmond Hill, GA 31324

This 28th day of May, 2021.

*/s/ Wesley C. Jackson*
Wesley C. Jackson
Georgia Bar No. 336891
wjackson@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
 Suite 1600
Atlanta, Georgia 30339-5948
T:  (770) 818-0000
F:  (770) 937-9960