IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNARD E. JOHNSON, III )
)
        Plaintiff, )
)   Civil Action
      vs. )   File 4:18-cv-00216-LGW-GRS
)
DEPUTY M. GARY RICHARDSON, )
)
        Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Bernard

E. Johnson and defendant Deputy M. Gary Richardson, by and through their undersigned counsel

of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned

action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 8th day of July, 2021.


/s/ Wesley C. Jackson
Sun S. Choy
Georgia Bar No. 025148
Wesley C. Jackson
Georgia Bar No. 336891
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T:     (770) 818-0000
F:     (770) 937-9960
E:     schoy@fmglaw.com
       wjackson@fmglaw.com

*Counsel for Deputy M. Gary Richardson*

/s/ Tyler Lee Randolph
Tyler Lee Randolph
Georgia Bar No. 594353
P.O. Box 1419
Richmond Hill, GA 31324
T:     (912) 759-6001
F:     (866) 518-0489
E:     Tyler@GeorgiaLaw.biz

*Counsel for Plaintiff*

/s/ Bernard E Johnson III
Bernard E. Johnson, III
*Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Sun S. Choy
Wesley C. Jackson
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948

This 8th day of July, 2021.

/s/ Tyler Lee Randolph
Tyler Lee Randolph
Georgia Bar No. 594353
tyler@georgialaw.biz

TYLER LEE RANDOLPH, P.C.
P.O. Box 1419
Richmond Hill, GA 31324
T: (912) 759-6001
F: (866) 518-0489